**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-7487

JOHN WILSON,

Plaintiff - Appellant,

v.

ROBERT P. CROUCH, JR., U.S. Attorney Western District of Virginia; JOSEPH W.H. MOTT, Assistant U.S. Attorney, Western District of Virginia; ALBERTO GONZALEZ, U.S. Attorney General; JORGE L. PASTRANA, Warden F.C.I. Miami; GEORGE BUSH, President of U.S.A.,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  James C. Turk, Senior District Judge.  (7:07-cv-00433-jct)

Submitted:  June 5, 2008                Decided:  June 25, 2008

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

John Wilson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Wilson appeals the district court's order dismissing without prejudice his complaint, which was construed as an action pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), for failure to state a claim upon which relief could be granted.  <u>See</u> 28 U.S.C. § 1915A(b)(1) (2000).  In his informal brief, Wilson fails to address the district court's ruling that his action could not proceed because a favorable outcome of the lawsuit would undermine the validity of his conviction, citing <u>Heck v. Humphrey</u>, 512 U.S. 477, 486-87 (1994).  Therefore, Wilson has waived appellate review of that issue.  <u>See</u> 4th Cir. R. 34(b) ("The Court will limit its review to the issues raised in the informal brief.").  Accordingly, we affirm the district court's ruling.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>